STATE v. DAVIS

No. 109P02

Case below: 151 N.C. App. 749

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

STATE v. DEXTER

No. 390A02

Case below: 151 N.C. App. 430

Motion by Attorney General for temporary stay allowed 2 August 2002.

STATE v. DIEHL

No. 195A00-2

Case below: 147 N.C. App. 646

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

STATE v. GOODMAN

No. 174A02

Case below: 149 N.C. App. 57

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 15 August 2002.